UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MEHMET MUSTAFA KARADAĞ,<br><br>                                    Plaintiff,<br><br>-against-<br><br>LUCHIANO VISCONTI LOUTIE LLC D/B/A LUCHIANO VISCONTI, SASHA HOURIZADEH, BARSAN GLOBAL LOGISTICS, INC., and TRIWAYS LOGISTICS (USA) INC.,<br><br>                                    Defendants. | 18 Civ. 11228 (PKC)<br><br>**FILED UNDER SEAL**<br><br>[~~PROPOSED~~] **UNSEALING ORDER** |
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff-Intervenor,<br><br>-against-<br><br>LUCHIANO VISCONTI LOUTIE LLC D/B/A LUCHIANO VISCONTI, and SASHA HOURIZADEH,<br><br>                                    Defendants. | |

**ORDER**

WHEREAS, by notice dated August 9, 2022, the United States of America partially intervened in the above-captioned *qui tam* action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2.	All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated April 27, 2022, and except as provided for in Paragraph 3 below.

3.	The seal shall be lifted as to the Government's Notice of Election to Partially Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendants Luchiano Visconti Loutie LLC d/b/a Luchiano Visconti and Sasha Hourizadeh, and the Relator; the Stipulation and Order of Settlement and Release Between the United States and Relator; and Relator's Complaint.

Dated:	New York, New York
	August 10, 2022

SO ORDERED:

_____
P. Kevin Castel
United States District Judge