DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:   CHARLES S. JACOB
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2725
Fax:  (212) 637-2702
Email: charles.jacob@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MEHMET MUSTAFA KARADAĞ,<br><br>                              Plaintiff,<br><br>     -against-<br><br>LUCHIANO VISCONTI LOUTIE LLC D/B/A LUCHIANO VISCONTI, SASHA HOURIZADEH, BARSAN GLOBAL LOGISTICS, INC., and TRIWAYS LOGISTICS (USA) INC.,<br><br>                              Defendants. | 18 Civ. 11228 (PKC)<br><br>**FILED UNDER SEAL** |

### GOVERNMENT'S NOTICE OF ELECTION TO PARTIALLY INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America (the "United States") notifies the Court of its intention to partially intervene in the above-referenced action with respect to Relator's first claim for relief (violation of 31 U.S.C. § 3729 (a)(1)(G)) against defendants Luchiano Visconti Loutie LLC d/b/a Luchiano Visoncti ("Luchiano Visconti") and Sasha Hourizadeh ("Hourizadeh"). The United States declines to intervene with respect to all of Relator's claims against defendants Barsan Global Logistics, Inc.

and Triways Logistics (USA) Inc., and with respect to Relator's second claim for relief (violation of 31 U.S.C. § 3729 (a)(1)(C)) against Luchiano Visconti and Hourizadeh.

Dated: New York, New York
       August 9, 2022

                               DAMIAN WILLIAMS
                               United States Attorney for the
                               Southern District of New York
                               *Attorney for the United States of America*


By:    */s/ Charles S. Jacob*
       CHARLES S. JACOB
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, NY  10007
       Telephone:  212-637-2725
       Facsimile:  212-637-2717
       E-mail:  charles.jacob@usdoj.gov